FILED: July 22, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1582
(3:06-cr-00048-RJC-CH-1)
_____

In re: JIMMIE VANCE GRUBBS

      Petitioner

_____

J U D G M E N T
_____

In accordance with the decision of this court, the petition for writ of mandamus is denied.

/s/ PATRICIA S. CONNOR, CLERK